UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FCCI Insurance Company | § | |
| | § | |
| vs. | § | NO:  AU:23-CV-01433 |
| | § | |
| Easy Mix Concrete Services, LLC | § | |

**ORDER SETTING INITIAL PRETRIAL CONFERENCE**

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for a telephone conference on  Monday, April 29, 2024 at 03:30 PM . The parties are directed to use the below dial-in information:

\*\*Please call in 5 minutes prior to start of hearing.\*\*

1. Toll free number:  (866) 390-1828
2. Access code: 6054147

The parties should be prepared to discuss potential trial settings as the Court intends to set a trial date in this action at the initial pretrial conference.

The use of speaker phones is prohibited during a telephonic appearance.  Additionally, multiple hearings in other cases may start at the same time; attorneys should call in with their phones on "mute" and wait for the Courtroom Deputy to call this case before they speak.

The Court holds telephonic hearings for the convenience of counsel, especially those from out of town. Due to the significant number of lawyers who fail to appear by telephone as ordered, THE COURT MAY SANCTION NON-APPEARING ATTORNEYS WITH COSTS INCURRED BY APPEARING ATTORNEYS. A second non-appearance (whether in the same or different cases) will result in non-complaint attorneys being required to appear in person for all subsequent initial pretrial conferences.

If there are questions regarding the telephonic appearance, the parties should contact Laura Thomson, Courtroom Deputy, at laura_thomson@txwd.uscourts.gov.

IT IS SO ORDERED this **15th day of April, 2024.**

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE