IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FCCI INSURANCE COMPANY, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | C. A. NO. 1:23-CV-01433- DII |
| EASY MIX CONCRETE SERVICES, LLC, | § § § § | |
| *Defendant.* | § § | |

## JOINT STATUS REPORT (FIFTH)

Pursuant to the Court's Order (ECF No. 28), the parties jointly submit this fifth status report to advise the Court of the status of this case and the status of the Underlying Lawsuits.

As requested in the Parties' motion to stay pending the resolution of FCCI's motion for summary judgment (ECF No. 45), and as ordered under Text Order dated July 30, 2025, the deadlines in this case have been stayed. As agreed between the Parties and ordered by the Court, upon the resolution of FCCI's motion, the Parties shall confer and propose a new case schedule in light of any remaining issued that may exist.

With respect to the status of the Underlying Lawsuits (as referenced in ECF No. 28), all Underlying Lawsuits remain pending. At this juncture, none of Underlying Lawsuits have yet to reach a resolution on any factual issues that would implicate an indemnity obligation.

Dated: September 22, 2025.

Respectfully submitted,

| | |
|---|---|
| */s/ Ernest Martin, Jr.* | */s/ Mary-Ellen King (w/permission)* |
| Ernest Martin, Jr. | Mary-Ellen King |
| Texas State Bar No. 13063300 | State Bar No. 24067219 |
| ernest.martin@haynesboone.com | meking@lucbro.com |
| HAYNES AND BOONE, LLP | Samantha McCoy |
| 2801 N Harwood St., Suite 2300 | State Bar No. 24120154 |
| Dallas, Texas 75201 | smccoy@lucbro.com |
| Telephone: (214) 651-5000 | Ian Sadler |
| Telecopier: (214) 651-5940 | State Bar No.24138561 |
| | isadler@lucbro.com |
| Andrew P. Van Osselaer | LUCOSKY BROOK MAN LLP |
| Texas State Bar No. 24110471 | 1250 S Capital of Texas Hwy |
| Andrew.VanOsselaer@haynesboone.com | Bldg 3, Suite 400 |
| HAYNES AND BOONE, LLP | Austin, Texas 78746 |
| 98 San Jacinto Blvd., Suite 1500 | Telephone: (512) 298-1182 |
| Austin, Texas 78701 | Fax: (732) 395-4401 |
| Telephone: (512) 867-8400 | |
| Telecopier: (512) 867-8470 | **COUNSEL FOR PLAINTIFF,** |
| | **FCCI INSURANCE COMPANY** |
| **ATTORNEYS FOR DEFENDANT** | |
| **EASY MIX CONCRETE SERVICES, LLC** | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record via the court's ECF System on this 22nd day of September, 2025.

/s/ *Andrew P. Van Osselaer*
Andrew P. Van Osselaer

4896-6163-5178