**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| FCCI INSURANCE COMPANY, § | |
| *Plaintiff,* § | |
| § | |
| v. § | CIVIL ACTION NO. 1:23-CV-01433- DII |
| § | |
| EASY MIX CONCRETE SERVICES, LLC, § | |
| *Defendant.* § | |

**PLAINTIFF FCCI INSURANCE COMPANY'S OPPOSED**
**MOTION TO REQUEST HEARING**

TO THE HONORABLE COURT:

COMES NOW, Plaintiff FCCI Insurance Company ("Plaintiff") respectfully files this Opposed Motion to Request Hearing on its *Motion for Partial Summary Judgment and Brief in Support* (Docket Entry No. 43), and in support thereof would show the Court as follows:

1) Plaintiff filed its Motion for Partial Summary Judgment and Brief in Support on July 11, 2025.

2) Plaintiff believes that a hearing would assist the Court in addressing the issues raised in the motion and would allow the parties to clarify the factual and legal matters pertinent to the disposition of the motion.

3) Counsel for Plaintiff has conferred with counsel for Defendant Easy Mix Concrete Services, LLC regarding the requested hearing, and Defendant is opposed.

4) Plaintiff respectfully requests that the Court set a hearing on its Motion for Partial Summary Judgment at the Court's earliest convenience. Plaintiff is available for a hearing on any date and time suitable to the Court.

WHEREFORE, PREMISES CONSIDERED, Plaintiff FCCI Insurance Company respectfully requests that the Court grant this Motion and set a hearing on *Plaintiff's Motion for Partial Summary Judgment and Brief in Support* (Docket Entry No. 43).

        Respectfully submitted,

        */s/ Mary-Ellen King*
        Mary-Ellen King
        State Bar No. 24067219
        LUCOSKY BROOKMAN LLP
        1250 S Capital of Texas Hwy,
        Bldg 3, Suite 400
        Austin, Texas 78746
        Telephone: (512) 298-1182
        Fax: (732) 395-4401
        meking@lucbro.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above foregoing instrument has been forwarded via e-filing, in accordance with the Texas Rules of Civil Procedure, on October 24, 2025, to the following counsel of record:

**Suzanne A. Schlicher**
**Elizabeth Dunn Bradley**
TOLLEFSON BRADLEY MITCHELL & MELENDI, LLP
2811 McKinney Ave.
Suite 250
Dallas, Texas 75204
Telephone: (214) 665-0132
Fax: (214) 665-0199
suzannes@tbmmlaw.com
bethb@tbmmlaw.com
*COUNSEL FOR PLAINTIFF*
*FCCI INSURANCE COMPANY*


**Ernest Martin, Jr.**
HAYNES AND BOONE, LLP
2801 N. Harwood Street
Suite 2300
Dallas, Texas 75201
Telephone: (214) 651-5641
Fax: (214) 200-0519
ernest.martin@haynesboone.com
**Andrew P. Van Osselaer**
HAYNES AND BOONE, LLP
98 San Jacinto Boulevard
Suite 1500
Austin, Texas 78701
Telephone: (512) 565-0342
andrew.vanosselaer@haynesboone.com
*COUNSEL FOR DEFENDANT*
*EASY MIX CONCRETE SERVICES, LLC*