IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FCCI INSURANCE COMPANY, §<br>    *Plaintiff,* §<br>§<br>v. §<br>§<br>EASY MIX CONCRETE SERVICES, LLC, §<br>    *Defendant.* § | CIVIL ACTION NO. 1:23-CV-01433- RP |

### ORDER GRANTING PLAINTIFF FCCI INSURANCE COMPANY'S OPPOSED MOTION TO REQUEST HEARING

ON THIS DAY, the Court considered Plaintiff FCCI Insurance Company's Opposed Motion to Request a Hearing on its *Motion for Partial Summary Judgment and Brief in Support* (Docket Entry No. 43). The Court, having reviewed the Motion, is of the opinion that it is MERITORIOUS and should be, in all respects, GRANTED. It is therefore

**ORDERED** that a hearing on *Plaintiff's Motion for Summary Judgment and Brief in Support* in scheduled for _____ day of _____, 2025.

SIGNED this _____ day of _____, 2025.

_____
PRESIDING JUDGE

**AGREED AS TO FORM AND CONTENT:**

*/s/ Mary-Ellen King*_____
Mary-Ellen King
State Bar No. 24067219
LUCOSKY BROOKMAN LLP
1250 S Capital of Texas Hwy,
Bldg 3, Suite 400
Austin, Texas 78746

Telephone: (512) 298-1182
Fax: (732) 395-4401
meking@lucbro.com


**Suzanne A. Schlicher**
**Elizabeth Dunn Bradley**
TOLLEFSON BRADLEY MITCHELL & MELENDI, LLP
2811 McKinney Ave.
Suite 250
Dallas, Texas 75204
Telephone: (214) 665-0132
Fax: (214) 665-0199
suzannes@tbmmlaw.com
bethb@tbmmlaw.com
***COUNSEL FOR PLAINTIFF***
***FCCI INSURANCE COMPANY***


**Ernest Martin, Jr.**
HAYNES AND BOONE, LLP
2801 N. Harwood Street
Suite 2300
Dallas, Texas 75201
Telephone: (214) 651-5641
Fax: (214) 200-0519
ernest.martin@haynesboone.com
**Andrew P. Van Osselaer**
HAYNES AND BOONE, LLP
98 San Jacinto Boulevard
Suite 1500
Austin, Texas 78701
Telephone: (512) 565-0342
andrew.vanosselaer@haynesboone.com
***COUNSEL FOR DEFENDANT***
***EASY MIX CONCRETE SERVICES, LLC***