IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FCCI INSURANCE COMPANY, | § |
| | § |
| *Plaintiff,* | § |
| | § |
| v. | § C. A. NO. 1:23-CV-01433-RP |
| | § |
| EASY MIX CONCRETE SERVICES, INC., | § |
| | § |
| *Defendant.* | § |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S OPPOSED
MOTION TO REQUEST HEARING**

TO THE HONORABLE COURT:

Easy Mix Concrete Services, Inc. ("**Easy Mix**") respectfully files this response to FCCI Insurance Company's ("**FCCI**") Opposed Motion to Request Hearing (ECF 49), and in support thereof would show the Court as follows:

1. Easy Mix opposes a hearing on FCCI's summary judgment motion.

2. That motion is fully briefed as of August 15, 2025, which is when FCCI filed its reply.

3. It is not clear why now, over two months later, a hearing is needed. Nor is it clear why FCCI believes the Court would benefit from one, despite claiming that to be the case.

4. This motion presents no issues that would warrant a hearing outside the normal course, particularly given that the issue FCCI presents in its summary judgment motion is a question of law.

5. The motion surrounds FCCI's defense obligations to Easy Mix under insurance policies for certain lawsuits. The Court now possess those policies, the pleadings for those lawsuits, and the parties' positions regarding FCCI's obligations. The parties agree in their briefing that FCCI's defense obligation is ultimately a question of law the answer to which is dictated solely by the four corners of the policies and the lawsuits' pleadings.

6. If the Court, in its independent judgment, believes a hearing would aid its decision, Easy Mix appreciates the opportunity to provide any clarity requested. However, putting on a hearing for a hearing's sake will only serve to increase the parties' costs (which FCCI may accept, but Easy Mix does not) and consume the Court's time unnecessarily.

7. For these reasons, FCCI's motion for a hearing should be denied.

Respectfully submitted,

/s/ Andrew P. Van Osselaer
Andrew P. Van Osselaer
Texas State Bar No. 24110471
Andrew.VanOsselaer@haynesboone.com
HAYNES AND BOONE, LLP
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701
Telephone:    (512) 867-8400
Telecopier:   (512) 867-8470

Ernest Martin, Jr.
Texas State Bar No. 13063300
ernest.martin@haynesboone.com
HAYNES AND BOONE, LLP
2801 N Harwood St Suite 2300
Dallas, Texas 75201
Telephone: (214) 651-5000
Telecopier: (214) 651-5940

**ATTORNEYS FOR DEFENDANT
EASY MIX CONCRETE SERVICES, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record via the court's ECF System on this 28th day of October, 2025.

                                          */s/ Andrew P. Van Osselaer*
                                          Andrew P. Van Osselaer