IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FCCI INSURANCE COMPANY, | § |
| | § |
| *Plaintiff,* | § |
| | § |
| v. | § C. A. NO. 1:23-CV-01433-RP |
| | § |
| EASY MIX CONCRETE SERVICES, INC., | § |
| | § |
| *Defendant.* | § |

## ORDER DENYING PLAINTIFF'S OPPOSED MOTION TO REQUEST HEARING

On this day, the Court heard Plaintiff's Opposed Motion to Request Hearing (ECF 49) (the "**Motion**"). After considering the briefing, the arguments of counsel, and the applicable law, the Court finds and concludes that the Motion should be, and here is, **DENIED**.

**IT IS SO ORDERED**.

Signed this _____ day of _____, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE