IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FCCI INSURANCE COMPANY, INC., | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | C.A. No. 1:23-CV-01433 |
| EASY MIX CONCRETE SERVICES, INC., | § § § § | |
| *Defendant.* | § § § | |

**NOTICE OF APPEAL TO THE UNITED STATES
COURT OF APPEALS FOR THE FIFTH CIRCUIT**

Notice is hereby given that Defendant, Easy Mix Concrete Services, Inc. ("Easy Mix"), appeals to the United States Court of Appeals for the Fifth Circuit from this Court's Final Judgment entered on June 24, 2026 (Dkt. No. 58), including all orders and rulings merged into the Final Judgment. Fed. R. App. P. 3(c)(4). For the avoidance of doubt, Easy Mix appeals from all adjudications, findings, orders, rulings, holdings, and conclusions adverse to Easy Mix that are intertwined with, subsidiary to, incorporated within, or arising from or related to the Final Judgment (Dkt. No. 58), including, but not limited to, the following rulings:

1. Order dated June 1, 2026, Granting Partial Summary Judgment for Plaintiff (Dkt. No. 55);

2. Order dated June 24, 2026, Granting Motion for Entry of Judgment (Dkt. No. 57).

The names of all parties to the Final Judgment appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **_Defendant-Appellant:_** | **_Represented by:_** |
|---|---|
| Easy Mix Concrete Services, Inc. | Ernest Martin, Jr.<br>2801 N. Harwood Street<br>Suite 2300<br>Dallas, Texas 75201<br>(214) 651-5000<br>ernest.martin@haynesboone.com<br><br>Andrew P. Van Osselaer<br>Haynes and Boone LLP<br>98 San Jacinto Blvd., Suite 1500<br>Austin, Texas 78701<br>(512) 867-8400<br>andrew.vanosselaer@haynesboone.com |

| **_Plaintiff-Appellee:_** | **_Represented by:_** |
|---|---|
| FCCI Insurance Company, Inc. | Mary-Ellen King<br>Kimberly Bishop<br>LUCOSKY BROOKMAN LLP<br>1250 S. Capital of Texas Highway<br>Bldg. 3, Suite 400<br>Austin, Texas 78749<br>(512) 298-1182<br>meking@lucbro.com<br>kbishop@lucbro.com |

Dated: July 23, 2026        Respectfully submitted,

**HAYNES AND BOONE, LLP**

*/s/ Ernest Martin, Jr.*
Ernest Martin, Jr.
Texas State Bar No. 13063300
ernest.martin@haynesboone.com
HAYNES AND BOONE, LLP
2801 N. Harwood Street, Suite 2300
Dallas, Texas 75201
Telephone: (214) 651-5000
Telecopier: (214) 651-5940

Andrew P. Van Osselaer
Texas State Bar No. 24110471
andrew.vanosselaer@haynesboone.com
HAYNES AND BOONE, LLP
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701
Telephone: (512) 867-8400
Telecopier: (512) 867-8470

**ATTORNEYS FOR DEFENDANT EASY MIX CONCRETE SERVICES, INC.**

## CERTIFICATE OF SERVICE

In accordance with the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record through the Court's CM/ECF system on July 23, 2026.

/s/ *Ernest Martin, Jr.*
Ernest Martin, Jr.